**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-17-00476-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Smith's Food & Drug Centers Incorporated, | |
| Defendant. | |

Pending before the Court are two motions to exceed page limits. Docs. 94 and 96. Good cause appearing;

**IT IS HEREBY ORDERED** that both motions are granted.

Dated this 24th day of January, 2019.

_____
Honorable Raner C. Collins
United States District Judge